| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 4:18-CR-00045 |
| | § | |
| DUSTIN SHAWN HISEL | § | |
| | § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred this matter to the United States Magistrate Judge Christine A. Nowak for the administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Nowak conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on the Defendant's guilty plea. The magistrate judge recommended that the court accept Defendant's guilty plea. She further recommended that the court finally adjudge Defendant guilty on Count One of the Indictment.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of United States Magistrate Judge Christine A. Nowak are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement and plea agreement addendum until after review of the presentence report. It is further **ORDERED** that in accordance with the Defendant's guilty

plea and the magistrate judge's findings and recommendation, the Defendant, Dustin Shawn Hisel, is adjudged guilty of the charged offense under Title 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor.

SIGNED at Beaumont, Texas, this 11th day of May, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE